IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK J. WALKOWIAK,

    Plaintiff,

v.

GLEN HEINZL, CINDY BEENY,
CANDACE WARNER, JEFF
PUTTKAMMER, KOREEN FRISK,
KATHRY M. CACIC and JANINE
HESSLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-368-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting defendants' motions for summary judgment and dismissing the case.

_____
Peter Oppeneer, Clerk of Court

NOV 1 3 2009
Date